UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 21 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY GT       DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JESUS BAROCIO-CHAVEZ,

                Defendant.

CASE NO. 10CR4813-GT

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of the Indictment/Information: 8:1326(a) and (b) - Attempted Entry After Deportation (Felony).

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/20/11

GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE